## The Chicago, Lake Shore and South Bend Railway Company *v.* Daun, Administrator.

[No. 7,914.    Filed May 8, 1913.]

From Porter Circuit Court; *W. C. McMahan*, Judge.

Action by Herman Daun against The Chicago, Lake Shore and South Bend Railway Company. From a judgment for plaintiff, the defendant appeals. *Affirmed.*

*F. J. Lewis Meyer*, for appellant.

*Grant Crumpacker*, *William Daly* and *Watson & Treuthart*, for appellee.

Ibach, C. J.—Appellee as administrator recovered $1000 damages for the negligence of appellant in causing the death of Florence Langman, his decedent. The case is a companion to *Chicago, etc., R. Co.* v. *Daun* (1913), *ante* 382, between the same parties, in which appellee recovered as administrator of the estate of Edward Langman deceased. Edward and Florence Langman were husband and wife, and were killed by appellant's car while driving in a buggy over a highway crossing. The causes were consolidated for trial below, and the records are precisely the same, the same interrogatories asked and the same answers returned in both cases, while the same error is assigned here. The only difference in the situation of the parties is that Edward Langman was driving the horse at the time of the collision. The questions presented by this appeal are fully decided in the case of *Chicago, etc., R. Co.* v. *Daun* (1913), *ante* 382, 101 N. E. 731, and upon the authority of that case the judgment is affirmed.